IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAMELA BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1005-WEB |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION TO REMAND

Now on this 10th day of July, 2006, Defendant's Motion to Remand and Plaintiff's Response comes before the court. Defendant appears by its attorney Robin B. Moore, Assistant U.S. Attorney; plaintiff appears by her attorney, John L. Brennan, there are no other appearances.

After review of Defendant's Motion to Remand and Plaintiff's Response therein, the court finds that remand is appropriate in this case.

IT IS THEREFORE ORDERED that the original decision of the ALJ is reversed and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405 (g).

IT IS ORDERED FURTHER that this judgment shall constitute a final judgment under Rule 58 of the Federal Rules of Civil Procedure.

IT IS ORDERED FURTHER that upon remand, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) who will be directed to give further consideration to the opinion of Dr. Anderson, Plaintiff's treating psychologist. In addition, the ALJ will obtain a psychological consultative examination, including mental health testing for Plaintiff. At a supplemental hearing, he shall obtain medical expert testimony and, if necessary, supplemental vocational expert testimony.

IT IS FURTHER ORDERED pursuant to Rule 58 of the Federal Rules of Civil Procedure that this is a final judgment reversing and remanding this case to the Commissioner under Sentence Four of 42 U.S.C. § 405(g).  Entry of this order will begin the appeal period which determines the 30 day period during which a timely application for attorney fees may be made under the Equal Access to Justice Act.

IT IS SO ORDERED.

s/Wesley E. Brown
WESLEY E. BROWN
U.S. DISTRICT COURT JUDGE

APPROVED:

ERIC F. MELGREN
United States Attorney


 s/Robin B. Moore
ROBIN B. MOORE, #10440
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, KS 67202
(316) 269-6481
(316) 269-6484 (FAX)
robin.moore@usdoj.gov

OF COUNSEL
Frank V. Smith III
Chief Counsel, Region VII
Social Security Administration

Janice E. Barnes-Williams, Mo. Bar No. 43763
Assistant Regional Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
PAMELA BELL V. SSA
CIVIL ACTION NO. 06-1005-WEB
ORDER ON MOTION TO REMAND

**s/John L. Brennan**
JOHN L. BRENNAN, #12921
2024 N. Woodlawn, Suite 405
Wichita, KS 67208
(316) 682-8500
(316) 682-6222 (FAX)